UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEMARY HELEN ZIZIROS WALKER,
Appellant,

-against-

PURDUE PHARMA L.P.,
Appellee.

26-CV-3711 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 2, 2026, the Court ordered appellant to show cause in writing within 14 days as to why this appeal should not be dismissed as untimely and for failure to prosecute. *See* Dkt. 2. Having received no response, it is ORDERED that the above-entitled action is hereby DISMISSED. The Clerk of Court is respectfully directed to close the case and mail a copy of this order to appellant.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge